THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

WYOMING SAWMILLS, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5160.

United States Court of Appeals, Federal Circuit.

April 20, 2011.

Julie A. Weis, Haglund Kelley Horngren Jones & Wilder, LLP of Portland, OR, argued for plaintiff-appellant.

L. Misha Preheim, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director. Of counsel on the brief was Joshua Schnell, Office of General Counsel, United States Department of Agriculture, of Washington, DC.

GAJARSA, SCHALL, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Alan K. RICHARDS, Plaintiff– Appellant,

v.

Professor Ayusman SEN, Pennsylvania State University, Penn State Research Foundation, and McQuaide Blasko Fleming & Faulkner, Inc., Defendants–Appellees.

No. 2011–1075.

United States Court of Appeals, Federal Circuit.

May 4, 2011.

Patrick D. Kelly, of St. Louis, MO, argued for plaintiff-appellant.

Laura Ganoza, Foley & Lardner, LLP, of Miami, FL, argued for defendants-appellees.

RADER, Chief Judge, NEWMAN, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**